AO 240A

# UNITED STATES DISTRICT COURT
_____District of New Jersey_____

| Plaintiff | |
|---|---|
| **KEVIN HUTCHINS** | ORDER ON APPLICATION TO PROCEED WITHOUT |
| V. | PREPAYMENT |
| **NEWARK POLICE DEPT.** | |
| Defendant | Case Number: 11-962 (SDW) |

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

☐ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: _Plaintiff has not pled a federal question. The amount in controversy is insufficient for this court to retain jurisdiction. No diversity exists. This Court does not have jurisdiction._

☒ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this 24th day of February, 2011

_____
Signature of Judicial Officer

_____
Name and title of Judicial Officer